# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

---

**WANDA F. JOHNSON**                                    **CIVIL ACTION NO. 02-1468**

**-vs-**                                                                    **JUDGE LITTLE**

**JO ANNE B. BARNHART, COMM OF SOC SEC.**

---

## JUDGMENT

Before the court is a report and recommendation of the magistrate recommending that the appeal by Wanda F. Johnson ("Johnson") of the final decision of Jo Anne B. Barnhart, Commissioner of Social Security ("Commissioner"), be denied and dismissed with prejudice. Johnson has not timely filed an objection.[1] After full record review, this court adopts the reasoning and conclusion of the magistrate.

Accordingly, Johnson's appeal of the denial of her application for Disability Insurance Benefits and Supplemental Security Income benefits under the Social Security Act is DENIED and DISMISSED WITH PREJUDICE. The final decision of the Commissioner is AFFIRMED.

Alexandria, Louisiana

14 October 2005

_____
F.A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1]If there are no specific objections to the magistrate's report and recommendation, the district court is to review it for findings and conclusions that are either clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).